# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2150

_____

The-Nimrod Sterling

*Plaintiff - Appellant*

v.

Tracy Taylor, Deputy, W.C. "Dub" Brassell Adult Detention Center; Willie
Taylor, Corporal, W.C. "Dub" Brassell Adult Detention Center (Originally named
as Taylor); Ed Adams, Captain, W.C. "Dub" Brassell Adult Detention Center
(Originally named as Edward Adams); Tyra Tyler, Major, W.C. "Dub" Brassell
Adult Detention Center (Originally named as Tyranetta Tyler); Greg Bolin, Chief
Deputy, W.C. "Dub" Brassell Adult Detention Center (Originally named as
Donald Bolin); Tamara Parker, Deputy, Jefferson County in his individual
capacity (Originally named as Parker); Sherry Cone, Administration, Jefferson
County Jail

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: January 31, 2018
Filed: February 8, 2018
[Unpublished]

_____

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal inmate The-Nimrod Sterling appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his incarceration at a county jail. Viewing the evidence in a light most favorable to Sterling, and giving him the benefit of all reasonable inferences, we agree with the district court that summary judgment was warranted. See Murchison v. Rogers, 779 F.3d 882, 886-87 (8th Cir. 2015) (de novo review). We find no merit to Sterling's challenges to the other adverse orders he identifies. The judgment of the district court is affirmed, see 8th Cir. R. 47B, but we clarify the dismissal is without prejudice as to the state-law claims Sterling raised in the amended complaint at issue here.

—————————————————

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.